

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CAMDEN RASHAD WILLIAMS, | § | No. 08-23-00322-CR |
| Appellant, | § | Appeal from the |
| v. | § | 290th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC#2021-CR-10676) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER 2023.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.